# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-02646 |
| | ) | |
| **KENNETH R. BARRICK,** | ) | CHAPTER: 7 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **BCL – CAPITAL FUNDING LLC,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | **ADV. PROC. NO. 12-00850** |
| V. | ) | |
| | ) | |
| **KENNETH R. BARRICK,** | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

On January 4, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Donald R Cassling, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 4016 of the DuPage Judicial Center, 505 North County Farm Road, Wheaton, Illinois, and shall then and there present **Plaintiff's Motion to Voluntarily Dismiss,** a copy of which is attached hereto and served upon you.

**BCL – CAPITAL FUNDING LLC**
By: /s/ Elizabeth B. Vandesteeg
 One of Their Attorneys

Elizabeth B. Vandesteeg (ARDC # 6291426)
Levenfeld Pearlstein, LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602
Telephone:   (312) 346-8380
Facsimile:   (312) 346-8434
Email:  evandesteeg@lplegal.com

LP 3976967.1 \ 37811-90019

## **CERTIFICATE OF SERVICE**

I, Elizabeth B. Vandesteeg, an attorney, hereby certify that the **Plaintiff's Notice of Motion and Motion to Voluntarily Dismiss,** was filed electronically with the Court on this 20th day of December, 2012 and, as such, was served upon the persons entitled to receive notice by electronic mail through the Court's ECF electronic delivery system, including the following interested parties:

Joshua D. Greene
Michael J. Davis
Springer, Brown, Covey, Gaertner & Davis
400 South County Farm Road
Suite 3300
Wheaton, Illinois 60187

/s/ Elizabeth B. Vandesteeg

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-02646 |
| | ) | |
| KENNETH R. BARRICK, | ) | CHAPTER: 7 |
| | ) | |
| DEBTOR. | ) | |
| _____ | ) | |
| | ) | |
| BCL – CAPITAL FUNDING LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | ADV. PROC. NO. 12-00850 |
| V. | ) | |
| | ) | |
| KENNETH R. BARRICK, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS

Plaintiff, BCL - Capital Funding LLC ("BCL" or "Plaintiff"), by its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(2), as incorporated by Federal Rule of Bankruptcy Procedure 7041 hereby moves for an Order voluntarily dismissing the above-captioned adversary proceedings ("Adversary"). In support thereof, Plaintiff states as follows:

### BACKGROUND

1. On May 21, 2012, BCL filed its Adversary proceeding objecting to the Dischargeability of Debt Owed to BCL (Dkt. 1).

2. On July 13, 2012, Defendant, Kenneth R. Barrick, ("Barrick") filed his Answer (Dkt. 13).

## ANALYSIS

3. Federal Rule of Civil Procedure 41(a), made applicable via Federal Rule of Bankruptcy Procedure 7041, provides for dismissal of an adversary proceeding at plaintiffs' instance and with order of the court "upon such terms and conditions as the court deems proper." Fed.R.Civ.P. 41(a)(2); Fed.R.Bankr.P. 7041.

4. Plaintiff wishes to voluntarily dismiss the Adversary pursuant to Fed.R.Civ.P. 41(a)(2), as incorporated by Fed.R.Bankr.P. 7041.

5. No entity has given or has received directly or indirectly any consideration to obtain or allow this dismissal.

6. Pursuant to Federal Rule of Bankruptcy Procedure 7041(B), the "Trustee or any creditors who wish to adopt and prosecute the adversary proceeding in question shall seek leave to do so at or before the hearing of the motion to dismiss."

7. Defendant would suffer no prejudice as a result of Plaintiff dismissing this action.

WHEREFORE, Plaintiff, BCL - Capital Funding LLC, pursuant to Fed.R.Civ.P. 41(a)(2), as incorporated by Fed.R.Bankr.P. 7041, respectfully requests this Honorable Court to grant its Motion to Voluntarily Dismiss, and to grant such further relief that this Court deems just and appropriate.

Dated: December 20, 2012

                                                    **BCL – CAPITAL FUNDING LLC**
                                                    By: /s/ Elizabeth B. Vandesteeg
                                                         One of Their Attorneys

Elizabeth B. Vandesteeg (ARDC #6291426)
Levenfeld Pearlstein, LLC
2 North LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434
evandesteeg@lplegal.com

LP 3976967.1 \ 37811-90019